IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** | Case No.   4:25-mj-609<br><br>[FILED UNDER SEAL] |

## INTRODUCTION AND AGENT BACKGROUND

I, Tom Harmon, having been duly sworn on oath, do depose and state as follows:

1. I am an Inspector with the United States Department of Homeland Security Federal Protective Service (FPS) and have been since March 2023. I have successfully completed training at the Federal Law Enforcement Academy Uniformed Police Training Program and the FPS National Academy. Since March 2023 I have been assigned to the Des Moines area as an FPS Inspector. My duties as an FPS Inspector include to protect federal property and the occupants within. Among those duties is enforcing federal rules and regulations regarding conduct on government property. Prior to serving as an FPS Inspector, I served as Police Officer for the Junction City, Kansas Police Department for about five years.

2. **Sources of Information Supporting Probable Cause.** The facts in this affidavit come from my personal observations and investigation, my training and experience, and information obtained from other law enforcement and witnesses, including law enforcement officers with the United States Marshals Service for the Southern District of Iowa.



3. Because the information in this affidavit is provided for the limited purpose of establishing probable cause that **Raymond Alan Williams** committed the below-described offense, I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

4. As will be shown, there is probable cause to believe that Raymond Alan Williams, on or about September 11, 2025, committed the offense of Damaging Property of the United States in violation of 18 U.S.C. § 1361.

## PROBABLE CAUSE

5. **Defendant:** The defendant in this investigation is Raymond Alan Williams (hereafter also referred to as "Williams") (DOB XX/XX/1984).

6. **Venue:** The facts and circumstances alleged in this affidavit occurred within the Southern District of Iowa, namely, in Des Moines, Iowa, located in Polk County.

7. **Offenses:** Williams committed the following violation of federal law.

   a. On or about September 11, 2025, Raymond Alan Williams, committed the offense of Damaging Property of the United States, in violation of 18 U.S.C. § 1361. That statute states that whoever

"willfully injures or commits any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department or agency thereof, or attempts to commit any of the foregoing offenses" shall be imprisoned for not more than ten years if the damage or attempted damage to such property exceeds the sum of $1,000. If the damage does not exceed $1,000, the crime is punishable by not more than one year in prison. As outlined below, Williams damaged property of the United States in excess of $1,000.

8. On the morning of September 12, 2025, I was contacted by the General Service Administration indicating that windows at the U.S. Courthouse in Des Moines had been shattered recently. The U.S. Courthouse is located at 111 Locust Street in Des Moines. I went to that location to begin my investigation. When I arrived, I observed two shattered windows on the first floor exterior at the northeast corner of the courthouse. I noted that a large chunk of concrete was near the shattered windows. I took several photographs, one of which is below.



9. The court security officers informed me that they had reviewed security camera footage of the suspect throwing the concrete at the window. I reviewed some of the footage personally. Some screenshots of that footage is below.



4:25-mj-609



10.     My initial review of the footage indicated that the subject threw the concrete repeatedly at the courthouse windows between 8:53 p.m. and 9:01 p.m. on the night of Thursday, September 11, 2025. This caused the damage to the courthouse.

11.     I was then alerted by the court security officers that an individual matching the description of the subject was in the area walking toward the courthouse on Grand Avenue. I walked from the courthouse toward Grand Avenue and saw the subject walking toward me. I immediately recognized the person to match the clothing and appearance of the suspect I saw on video. I asked that person to turn around and place his hands behind his back. That person is Williams. Without questioning, and almost immediately upon me handcuffing him, Williams stated that he threw the rock at the building and had been waiting for police to come.

12.     I took several photographs of Williams after I handcuffed him. His clothing, shoes, and cap matched the person who was on security video damaging the courthouse. Some of those photographs are below.

5



## CONCLUSION

13. The facts presented in this affidavit are not a complete recitation of the facts known to law enforcement; rather, this affidavit is offered solely to establish probable cause for the crime presented in this Affidavit.

14. Based on a review of this case, and based on my knowledge, training, and experience, I submit that there is probable cause to believe that Raymond Alan Williams committed the offenses of: Damaging Property of the United States in violation of 18 U.S.C. § 1361.

4:25-mj-609

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

9/12/25
Date

Tom Harmon
Inspector
Federal Protective Service

Subscribed and sworn to before me this 12th day of September, 2025

Hon. Helen C. Adams
United States Magistrate Judge